U.S. Department of Justice
*United States Attorneys*

# United States District Court for the Southern District of Florida

NO. 21-CR-60124-SMITH

UNITED STATES OF AMERICA

v.

MARK LOUIS VOLLARO, et al.

BERNARD OGON
Reg. No. 72034-050

## PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

The United States of America, by its United States Attorney, shows to the Court:

1. The above entitled case is set for Trial on May 2, 2022 at 9:00 a.m.

2. BERNARD OGON, Reg. No. 72034-050, a material witness for the United States in this case, is now confined in Residential Reentry at 54 ANTHONY DRIVE, BURLINGTON, NJ 08016.

3. It is necessary to have this witness before this Court for the purpose of testifying on behalf of the United States at 299 EAST BROWARD BOULEVARD, FT. LAUDERDALE, FL 33301, Courtroom 202A.

WHEREFORE, this petitioner prays that this Honorable court issue a writ of habeas corpus ad testificandum, directing any United States Marshal to proceed to the aforesaid penal institution and there take into custody the body of the said BERNARD OGON, Reg. No. 72034-050 and have the subject before the Court at the time and place above specified, then and there to testify as aforesaid; and upon completion of all testimony to return the witness to the custody of the Warden of the aforesaid penal institution ; and also directing the Warden to deliver the witness into the custody of any United States Marshal for this purpose.

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By: *Cynthia R. Wood*
CYNTHIA R. WOOD
Assistant United States Attorney

cc: U.S. Attorney ( Cynthia R. Wood, Breezye Telfair, AUSA )

U.S. Department of Justice
*United States Attorneys*

# United States District Court
## for the Southern District of Florida

NO. 21-CR-60124-SMITH

UNITED STATES OF AMERICA

v.

BERNARD OGON
Reg. No. 72034-050

MARK LOUIS VOLLARO, et al.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

To:   ANY UNITED STATES MARSHAL, and
      WARDEN, FDC

It appearing from the petition of the United States of America that BERNARD OGON, Reg. No. 72034-050, a material witness for the United States in the above entitled case, is confined in the Residential Reentry at 54 Anthony Drive, Burlington, NJ 08016 and that this case is set for Trial at 9:00 AM on May 2, 2022 and that is necessary for the witness to be before this Court for the purpose of giving testimony in said proceeding.

NOW, THEREFORE, this is to command you, any United States Marshal, that you have the body of BERNARD OGON, Reg. No. 72034-050 now in custody as aforesaid, under safe and secure conduct, before this Court at 299 E. Broward Blvd., Ft. Lauderdale, FL by or before 9:00, A. M., on May 2, 2022, for the purpose of testifying in the above case, and upon completion of all testimony that you return the subject with all convenient speed, under safe and secure conduct to the custody of the Warden of the aforesaid penal institution.

And this is to command you, the Warden of Residential Reentry at 54 Anthony Drive, Burlington, NJ 08016 to deliver into the custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of BERNARD OGON, Reg. No. 72034-050 for safe and secure conduct to this district for this purpose.

DONE and ORDERED at Ft. Lauderdale, FL, this 25th day of April, 2022.

RODNEY SMITH, UNITED STATES DISTRICT JUDGE

cc:   U.S. Attorney (Cynthia R. Wood, Breezye Telfair, AUSA)
      U.S. Marshal (3 certified copies)
      Chief Probation Officer

Certified to be a true and correct copy of the document on file
Angela E. Noble, Clerk,
U.S. District Court
Southern District of Florida
By *Patricia Mitchell*
Deputy Clerk
Date **Apr 25, 2022**